IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON/GREENWOOD DIVISION

| | |
|---|---|
| Robert Padgett, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael J. Astrue, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | C.A. No. 8:10-1733-HMH<br><br>**OPINION & ORDER** |

This matter is before the court on a motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"). See 28 U.S.C. § 2412 (a), (d). Robert Padgett ("Padgett") seeks attorney's fees for services rendered in the above-captioned social security action. The parties have submitted a joint stipulation indicating that "[i]n the interest of administrative and judicial economy, the parties have agreed to stipulate that an award of $3,900.00 in fees under the EAJA is reasonable in this case." (J.S. at 1.) Upon consideration of the parties' Joint Stipulation for Attorney Fees Pursuant to the EAJA, the court awards Padgett $3,900.00 in attorney's fees pursuant to the EAJA.

It is therefore

**ORDERED** that Padgett is awarded a fee of Three Thousand Nine Hundred Dollars ($3,900.00).

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
June 29, 2011

1